IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

WILLIAM QUINONES AMBERT
SONIA NOEMI GONZALEZ BAEZ

DEBTORS

CASE NO 15-05767-MCF

CHAPTER 13

**DEBTORS' MOTION AND NOTICE OF FILING OF POST-CONFIRMATION
MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329**

TO THE HONORABLE COURT:

    **NOW COME, WILLIAM QUINONES AMBERT and SONIA NOEMI GONZALEZ BAEZ,** through the undersigned attorney, and very respectfully state and pray as follows:

    1. The debtors are hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated April 5, 2016, herewith and attached to this motion.

    2. This Plan modification is filed to amend the Payment Plan Schedule due to debtors' current financial situation.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)(2)(b)**

    **Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

    **I CERTIFY,** that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtors and to all creditors and interested parties appearing in the master address list, hereby attached.

Page -2-
Post confirmation modification of chapter 13 Plan
Case no. 15-05767-MCF13

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 5th day of April, 2016.

*/s/Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726-0186
TEL 787-744-7699 FAX NO 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                          Case No. **3:15-bk-5767**

**QUINONES AMBERT, WILLIAM & GONZALEZ BAEZ, SONIA NOEMI**      Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **4/05/2016**                       ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION           Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **375.00** x **8** = $ **3,000.00**
$ **325.00** x **52** = $ **16,900.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **19,900.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **19,900.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,888.00**

Signed: _W Qi_ (signature)
Debtor

_Sonia N G Bá_ (signature)
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Reliable Financial Se** Cr. ____ Cr. ____
# **x3632** # ____ # ____
$ **14,112.00** $ ____ $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**Coop De A/c Orienta**
5. ☐ Other: _____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
* Debtors to provide ADEQUATE PROTECTION PAYMENTS to Reliable Financial Services through the Trustee in the sum $150 per month until confirmation.
* Debtorsto provide auto insurance (Eastern America Insurance Company) upon maturity to Reliable Financial Services through the Plan.

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC**      Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE <u>QUINONES AMBERT, WILLIAM & GONZALEZ BAEZ, SONIA NOEMI</u>  Case No. <u>3:15-bk-5767</u>
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | Gloria Lizardi Rivera | | |

**AMENDED CHAPTER 13 PAYMENT PLAN**

```
Label Matrix for local noticing          COOP A/C ORIENTAL                        Quantum3 Group LLC as agent for
0104-3                                   PO BOX 876                               Sadino Funding LLC
Case 15-05767-MCF13                      HUMACAO, PR 00792-0876                   PO Box 788
District of Puerto Rico                                                           Kirkland, WA 98083-0788
Old San Juan
Tue Apr  5 12:53:32 AST 2016

RELIABLE FINANCIAL SERVICES              US Bankruptcy Court District of P.R.     Acceptance Now
PO BOX 21382                             Jose V Toledo Fed Bldg & US Courthouse   5501 Headquarters Dr
SAN JUAN, PR 00928-1382                  300 Recinto Sur Street, Room 109         Plano, TX 75024-5837
                                         San Juan, PR 00901-1964


Ahorro Muebles                           COOP DE A/C ORIENTAL                     Caribbean Finance
Carr 172 De Caguas A Cidra               PO BOX 876                               PO Box 9046
Caguas, PR  00725                        HUMACAO, PR  00792-0876                  Caguas, PR 00726-9046



Claro                                    First Federal Savings                    Islandfin
Po Box 360998                            Ponce De Leon Av Stop 23                 Pob 71504
San Juan, PR 00936-0998                  San Juan, PR  00901                      San Juan, PR 00936-8604



MONEY EXPRESS                            OASIS FINANCIAL SERVICES                 Oasis Fin Sv
CONSUMER SERVICE CENTER                  PO BOX 1011                              275 Lemay Ferry Ro
BANKRUPTCY DIVISION- (CODE 248)          BAYAMON PR 00960-1011                    Saint Louis, MO 63125-1239
PO BOX 9146
SAN JUAN, PR 00908-0146

SANTANDER FINANCIAL D/B/A ISLAND FINANCE Synchrony Bank                           ALEJANDRO OLIVERAS RIVERA
PO BOX 195369                            c/o of Recovery Management Systems Corp  ALEJANDRO OLIVERAS CHAPTER 13 TRUS
SAN JUAN PR 00919-5369                   25 S.E. 2nd Avenue, Suite 1120           PO BOX 9024062
                                         Miami, FL 33131-1605                     SAN JUAN, PR 00902-4062


MONSITA LECAROZ ARRIBAS                  ROBERTO FIGUEROA CARRASQUILLO            SONIA NOEMI GONZALEZ BAEZ
OFFICE OF THE US TRUSTEE (UST)           PO BOX 186                               275 LUIS LOZADA ST (BAJOS)
OCHOA BUILDING                           CAGUAS, PR 00726-0186                    CAGUAS, PR 00725-5442
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

WILLIAM QUINONES AMBERT
275 LUIS LOZADA ST (BAJOS)
CAGUAS, PR 00725-5442
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
(d)RELIABLE FINANCIAL SERVICES, INC.
P.O. BOX 21382
SAN JUAN, PR  00928-1382
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

End of Label Matrix
Mailable recipients    21
Bypassed recipients     1
Total                  22