IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

WILLIAM QUINONES AMBERT
SONIA NOEMI GONZALEZ BAEZ

DEBTORS

CASE NO 15-05767/MCF

CHAPTER 13

## NOTICE OF CHANGE OF POSTAL ADDRESS

**TO THE HONORABLE COURT:**

**NOW COME, WILLIAM QUINONES AMBERT and SONIA NOEMI GONZALEZ BAEZ**, the Debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. The Debtors hereby respectfully inform the Court that have changed their Postal address as follows:

**Urb Residencial Bairoa CC-11
Calle 4 Apt 2 (altos)
Caguas, PR 00725**

**WHEREFORE,** the Debtors respectfully request this Honorable Court be informed of the above stated, in the present case.

**I CERTIFY** that on this same date a copy of this motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of same to Jose R. Carrion Morales, Esq., Chapter 13 Trustee; and via regular mail to the Debtors, William Quinones Ambert and Sonia Noemi Gonzalez Baez to the address above-mentioned: Urb Residencial Bairoa CC-11 Calle 4 Apt 2 (altos) Caguas PR 00725.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 12th 20th day of April, 2019.

*/s/Roberto Figueroa Carrasquillo*
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS, PR 00726
TEL 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 15-05767-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Fri Apr 12 10:53:26 AST 2019 | COOP A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792-0876 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 |
| Ahorro Muebles<br>Carr 172 De Caguas A Cidra<br>Caguas, PR 00725 | COOP DE A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792-0876 | Caribbean Finance<br>PO Box 9046<br>Caguas, PR 00726-9046 |
| Claro<br>Po Box 360998<br>San Juan, PR 00936-0998 | First Federal Savings<br>Ponce De Leon Av Stop 23<br>San Juan, PR 00901 | Islandfin<br>Pob 71504<br>San Juan, PR 00936-8604 |
| MONEY EXPRESS<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION- (CODE 248)<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | OASIS FINANCIAL SERVICES<br>PO BOX 1011<br>BAYAMON PR 00960-1011 | Oasis Fin Sv<br>275 Lemay Ferry Ro<br>Saint Louis, MO 63125-1239 |
| SANTANDER FINANCIAL D/B/A ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN PR 00919-5369 | Synchrony Bank<br>c/o of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | WILLIAM QUINONES AMBERT<br>SONIA NOEMI GONZALEZ BAEZ<br>URB RESIDENCIAL BAIROA CC-11<br>CALLE 4 APT 2 (altos)<br>CAGUAS PR 00725 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

(d)RELIABLE FINANCIAL SERVICES, INC.
P.O. BOX 21382
SAN JUAN, PR 00928-1382

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | End of Label Matrix<br>Mailable recipients<br>Bypassed recipients<br>Total | 21<br>1<br>22 |